336 P.3d 726

**STATE of Arizona**

v.

**Mark Anthony LUCAS.**

**No. CR–14–0120–PR.**

Supreme Court of Arizona.

Nov. 6, 2014.

¶ 1 ORDERED: Petition for Review by the Arizona Supreme Court = DENIED.

¶ 2 FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.